UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ROOSEVELT JILES                                                                    PETITIONER

V.                                                          CIVIL ACTION NO.4:08CV164-SA-DAS

CHRISTOPHER EPPS, et al.                                                      DEFENDANTS

## FINAL JUDGMENT

On consideration of the file and records in this action, the Court finds that the Report and

Recommendation of the United States Magistrate Judge dated August 17, 2010, was on that date

duly served by first class mail upon the Petitioner, and the attorneys of record for the Defendants;

that more than fourteen days have elapsed since service of said Report and Recommendation, and

that no objection thereto has been filed or served by said parties.  The Court is of the opinion that

the Report and Recommendation should be approved and adopted as the opinion of the Court.  It is,

therefore

ORDERED:

1.      That the Report and Recommendation of the United States Magistrate Judge dated

August 17, 2010, be, and it is hereby, approved and adopted as the opinion of the Court; and

2.      Jiles' Petition for Writ of Habeas Corpus is hereby denied.

THIS, the __16th__ day of September, 2010.

                                                                         **/s/ Sharion Aycock**
                                                                         **U.S. DISTRICT JUDGE**